## Statement of the Case.

Action by Harry A. Biossat against Sarah Betz Eckhardt to recover the sum of twelve hundred and fifty dollars claimed to be due as the subscription price of twelve and one-half shares of capital stock issued to the defendant by the African-American Ostrich Feather Company. The defense was that the stock was fully paid for. The trial court found that there remained unpaid three hundred and fifty dollars and entered judgment in favor of plaintiff for that amount. To reverse the judgment, defendant appeals.

ROMAN G. LEWIS, for appellant.

HARRY A. BIOSSAT, *pro se.*

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

CORPORATIONS, § 1062*—*when finding as to payment of subscription price of stock sustained by the evidence.* In an action for the subscription price of shares of capital stock, a finding by the trial court that a certain amount remained unpaid *held* sustained by the evidence.

---

## Iona V. Hassett, Appellee, v. Timothy F. Hassett, Appellant.

### Gen. No. 19,896. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed October 13, 1914.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Bill by Iona V. Hassett against Timothy F. Hassett for separate maintenance charging that complainant, without her fault, was compelled to live separate and apart from defendant because of his unkind, cruel and inhuman conduct. The defendant filed an answer denying the allegations of the bill and subsequently filed a cross-bill for divorce on the ground of desertion. To the cross-bill complainant filed her answer stating that she was compelled to leave defendant because of his treatment and his failure to support her. The chancellor dismissed both the original bill and the cross-bill for want of equity. To reverse the order, defendant appeals.

Litzinger, McGurn & Reid, for appellant.

Percival Steele & Albert H. Meads, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

## Abstract of the Decision.

1. Husband and wife, § 217*—*right to separate maintenance.* Evidence *held* insufficient to show that the wife was without fault on her part so as to entitle her to separate maintenance, where it appeared she did many things which were unreasonable and which amounted to conduct on her part far short of that expected of a devoted and loving wife.

2. Divorce, § 9*—*what does not constitute desertion.* A separation by a wife from her husband largely at his instance and suggestion and occasioned by his mistreatment, *held* not to constitute desertion within the meaning of the divorce statute.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.